# RENO&CAVANAUGH PLLC

Iyen A. Acosta<br>
Phone: 202-349-2470<br>
iacosta@renocavanaugh.com

August 25, 2024

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
Manhattan, New York 10007



    Re:  Request to Adjourn Initial Pretrial Conference
       *Raymond Ball v. Hope East of Fifth Inc.*
       Case No. 1:23-cv-11189-KPF

Dear Judge Failla,

As counsel for Defendant Hope East of Fifth HDFC Inc. (HEF) in the above referenced case, I respectfully submit this letter to inform the Court that efforts to establish communication between the parties have thus far been unsuccessful. There are certain challenges associated with Plaintiff's current status as a guest of the State of New York, however undersigned counsel will continue her communication efforts in earnest and will provide a further status update to the Court once the parties are able to meet and confer. It is also the hope of undersigned counsel that the parties will be in a position at that time to inform the court of a resolution in this matter.

We are therefore requesting all pending matters, including the initial pretrial conference currently scheduled for August 28, 2024, be adjourned for ninety (90) days to November 26, 2024.

Respectfully submitted,

*/s/ Iyen A. Acosta*

Iyen A. Acosta
Counsel for Hope East of Fifth HDFC Inc
(admitted pro hac vice)

Washington, DC 455 Massachusetts Avenue NW, Suite 400 ~ Washington, DC 20001 ~ Tel (202) 783 2800 renocavanaugh.com

4877-3547-9515, v. 2

Application GRANTED.  The initial pre-trial conference in this matter is hereby ADJOURNED to **November 26, 2024.**  As before, the conference will be telephonic.

The Clerk of Court is directed to terminate the pending motion at docket number 15 and mail a copy of this endorsement to Plaintiff's address of record.

Dated:     August 26, 2024			SO ORDERED.
           New York, New York

						*Katherine Polk Failla*

						HON. KATHERINE POLK FAILLA
						UNITED STATES DISTRICT JUDGE