# RENO & CAVANAUGH PLLC

Iyen Acosta
(202) 349-2470
iacosta@renocavanaugh.com

August 27, 2024

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
Manhattan, New York 10007

**MEMO ENDORSED**

Re: Request to Defer All Further Matters
*Raymond Ball v. Hope East of Fifth Inc.*
Case No. 1:23-cv-11189-KPF

Dear Judge Failla,

Undersigned counsel for Defendant Hope East of Fifth HDFC Inc. (HEF) respectfully submits this supplemental letter to inform the Court that efforts to establish communication between the parties have been successful. After speaking directly to Plaintiff Ball, Plaintiff has authorized me to represent to the Court that Plaintiff consents to stay or otherwise adjourn all matters and deadlines in this case in favor of the parties' settlement negotiations. However, given the challenges associated with Plaintiff's current status as a guest of the State of New York, Plaintiff is unable to provide information to the Court as to the timeline for successful completion of such negotiations.

We are therefore requesting all pending matters and deadlines, including the initial pretrial conference currently scheduled for August 28, 2024, be adjourned or otherwise deferred until the parties are able to provide notice to the Court of an agreed upon settlement.

Respectfully submitted,

Iyen A. Acosta
Counsel for Hope East of Fifth HDFC Inc
(admitted pro hac vice)

Application GRANTED in part. The initial pre-trial conference in this matter is hereby ADJOURNED *sine die*. The parties are hereby ORDERED to file a letter updating the Court on the status of settlement discussions on or before **November 26, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 17 and mail a copy of this endorsement to Plaintiff's address of record.

Dated:   August 28, 2024          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE